AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HUFF, MARILYN L | 2. Court or Organization<br><br>USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report<br><br>05/04/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>940 FRONT STREET<br>SAN DIEGO, CA 92101-8901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/30/2005 | West Publishing/Rutter Group | $ 500.00 |
| 2. 05/23/2005 | West Publishing/Rutter Group | $ 500.00 |
| 3. 05/24/2005 | West Publishing/Rutter Group | $ 500.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | DLA, Piper Rudnick Gray Cary LLP Attorney |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Rutter Group | Costa Mesa, CA, 5/24/05 Speaker. Mileage from San Diego |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan | Share of real estate mortgage | K |
| 2. Union Bank | Real estate mortgage | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boggs Inv., San Diego, CA | E | Rent | O | W | | | | | |
| 2. Trust #2-Income Benef, Rental #1 Broward Co. FL | | None | K | W | | | | | |
| 3. Sun Oil | A | Dividend | L | T | | | | | See Note # 1 in Sec VIII |
| 4. Rental property, S.D., CA | D | Rent | O | W | | | | | |
| 5. Wells Fargo Accounts-SDCA | C | Interest | N | T | | | | | |
| 6. American General BB | A | Interest | K | T | | | | | |
| 7. 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | Following is list of assets. |
| 8. (Beneficial Share) | | Dividend | | | | | | | |
| 9. Sched of Assets & Transactions | | | | | | | | | |
| 10. Trust B | E | Interest | N | T | | | | | |
| 11. Fidelity Brokeragelink Account: | | | | | | | | | |
| 12. Vanguard Total Intl Stock In | C | Dividend | M | T | Bought | 8/09 | M | | |
| 13. Vanguard Bond Index | D | Interest | N | T | Bought | 8/09 | N | | |
| 14. Vanguard ST Bond Index | D | Interest | N | T | Bought | 8/09 | N | | |
| 15. Vanguard In. S&P 500 | D | Dividend | N | T | Bought | 8/09 | N | | |
| 16. Vanguard Value Index | C | Dividend | M | T | Bought | 8/09 | M | | |
| 17. Vanguard Growth Index | B | Dividend | M | T | Bought | 8/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Sm. Cap Stock Index | B | Dividend | M | T | Bought | 8/09 | L | | |
| 19. Dodge & Cox | A | Dividend | L | T | Bought | 8/10 | L | | |
| 20. Fam Value | A | Dividend | K | T | Bought | 8/10 | K | | |
| 21. Spartan Ext. Market | A | Dividend | L | T | Bought | 8/10 | L | | |
| 22. T. Rowe Price Intl. Bond | A | Interest | K | T | Bought | 8/10 | K | | |
| 23. Vanguard Intl. Growth Port. | | None | L | T | Bought | 8/10 | K | | |
| 24. Vanguard Windsor II | B | Dividend | L | T | Bought | 8/10 | L | | |
| 25. Vanguard Sm. Cap Value | B | Dividend | L | T | Bought | 8/10 | L | | |
| 26. I Shares MSC 1 | A | Dividend | L | T | Bought | 8/12 | L | | |
| 27. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | K | T | Bought | 8/12 | K | | |
| 28. Vanguard High Yield Corp. | C | Interest | J | T | Bought | 8/17 | K | | |
| 29. Vanguard GNMA | B | Interest | K | T | Bought | 8/7 | K | | |
| 30. Vanguard Infl. Prot. | A | Interest | K | T | Bought | 8/17 | K | | |
| 31. Pimco Total Return Cl.D | C | Interest | K | T | Bought | 8/19 | L | | |
| 32. U.S. Treas. Strips 5/8/2017 | | None | | | Sold | 8/16 | M | G | |
| 33. Power Shares Dynamic Market | A | Dividend | K | T | | | | | |
| 34. Fidelity Cash Reserves | C | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25.000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Liberty | D | Dividend | M | T | | | | | |
| 36. Pfizer | A | Dividend | | | Sold | 8/11 | K | B | |
| 37. Starbucks | | None | | | Sold | 8/11 | J | E | |
| 38. Baron Asset Fund | | None | | | Sold | 8/09 | J | B | |
| 39. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 40. Columbia Acorn Z | | None | | | Bought Addt | 2/10 | K | | |
| 41. Columbia Acorn Z | | | | | Sold | 8/09 | N | F | |
| 42. Fidelity Divers. Intl | | None | | | Exchg. Out | 9/30 | N | | |
| 43. Live Oak Assoc III | E | Distribution | K | T | | | | | |
| 44. First Reg. Bank IRA mm | A | Interest | K | T | Buy | 10/31 | K | | |
| 45. (401k) Fidelity Fund | A | Dividend | | | Exchg Out | 9/30 | K | | |
| 46. Alger Mid Cap Growth | | None | | | Exchg. In | 1/31 | J | | |
| 47. Alger Mid Cap Growth | | None | | | Exchg. Out | 9/30 | J | | |
| 48. JPM MidCap Value | | None | | | Exchg. Out | 9/30 | K | | |
| 49. Fidelity Freedom 2010 | | None | | | Exchg. Out | 9/30 | M | | |
| 50. Fidelity Managed Income Port | B | Dividend | | | Exchg. Out | 9/30 | N | | |
| 51. Kaufmann Fund (Fed) | | None | | | Sold | 8/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Strong Common Fund/Wells F | | None | | | Sold | 8/11 | K | D | Name Change 4/08 |
| 53. Federal Express | A | Dividend | | | Sold | 8/11 | K | D | |
| 54. Spartan U.S. Equity | | None | | | Sold | 8/09 | M | E | |
| 55. IBM | A | Dividend | | | Sold | 2/15 | K | A | |
| 56. IBM | A | Dividend | | | Sold | 8/11 | L | A | |
| 57. Nike | A | Dividend | | | Sold | 8/11 | J | A | |
| 58. Qualcomm | A | Dividend | K | T | Bought Addl | 2/10 | K | | |
| 59. Qualcomm | A | | | | Sold | 8/11 | K | | None |
| 60. END OF ASSETS IN 401(k) | | | | | | | | | |
| 61. IRA American General | A | Interest | K | T | | | | | |
| 62. Charles Schwab IRA Total Value ** | | | O | T | | | | | Assets listed below |
| 63. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 64. U.S. Treas Strip 25K 8/5/2008 | | None | K | T | | | | | |
| 65. Ball Corp. | A | Dividend | K | T | | | | | |
| 66. El Paso Corp. (Coastal) | A | Dividend | | | Sold | 12/06 | J | A | |
| 67. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 68. Eli Lilly | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 70. Pimco Total Return | C | Interest | L | T | | | | | |
| 71. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 72. Marathon (USX) | A | Dividend | J | T | | | | | |
| 73. SBC Comm./ATT New | A | Dividend | J | T | Name Change | 11/21 | | | |
| 74. Vodafone Group | A | Dividend | J | T | | | | | |
| 75. Kimco Realty | A | Dividend | J | T | Sold | 10/17 | J | D | |
| 76. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 77. DFA U.S. Micro Cap | A | Dividend | K | T | | | | | |
| 78. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 79. DFA Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 80. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 81. Vanguard Wrld Int. Growth | | None | K | T | | | | | |
| 82. Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 83. Schwab Money Market - H | B | Interest | K | T | | | | | |
| 84. Home Depot | A | Dividend | K | T | | | | | |
| 85. AT&T (Media One) (USW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Comcast | A | Dividend | J | T | | | | | |
| 87. Longleaf Small Cap. | A | Dividend | K | T | | | | | |
| 88. Vanguard Short Term CRP Grade | B | Interest | K | T | | | | | |
| 89. Vanguard GNMA | A | Interest | K | T | | | | | |
| 90. Vanguard H1-Yld Corp. | C | Interest | K | T | | | | | |
| 91. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 92. T Rowe Price Sci & Tech | | None | J | T | | | | | |
| 93. Vanguard REIT | A | Dividend | J | T | Sold Portion | 10/17 | J | A | |
| 94. DFA 6-10 US Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 95. DFA US Large Cap Port | B | Dividend | L | T | | | | | |
| 96. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 97. DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 98. Vanguard Short Term Bond Investor | A | Interest | K | T | | | | | |
| 99. Vanguard Inflation Prot. | A | Interest | K | T | | | | | |
| 100. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 101. Schwab Cal Muni Mut Fund | A | Interest | M | T | | | | | |
| 102. GCW&F Partners I | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. GCWF Partners II | | None | J | T | | | | | |
| 104. GCWF Ventures I | A | Distribution | J | T | | | | | |
| 105. GCWF (A-E) Invest. Partners I | | None | J | T | | | | | |
| 106. GCWF (F-NI)Invest Partners II | C | Distribution | L | T | | | | | |
| 107. Verity, Inc. | | None | | | Sold | 12/30 | J | C | |
| 108. Wells Fargo Bank BB SDCA | A | Interest | J | T | | | | | |
| 109. Schwab Custodial Money Market (BB) | A | Interest | J | T | | | | | |
| 110. NASDAQ 100 (BB) | A | Dividend | J | T | | | | | |
| 111. Vanguard Windsor II (BB) | A | Dividend | J | T | | | | | |
| 112. Pfizer | A | Dividend | J | T | Bought | 1/31 | J | | |
| 113. Qualcomm | A | Dividend | J | T | Bought | 1/31 | J | | |
| 114. FluroProbe | | None | K | W | | | | | |
| 115. Bella Mar RV Park LLC | | None | L | T | Buy | 7/05 | L | | |
| 116. TPC Santee Palermo | | None | L | T | Buy | 1/05 | L | | |
| 117. TPC Lakeside Mendocino LLC | F | Distribution | | | Final Distri | 4/04 | L | E | |
| 118. Agere Systems | | None | | | Reverse Splt | 5/31 | J | | No longer listed |
| 119. Extreme Networks | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. II-IV, Inc. | | None | J | T | | | | | |
| 121. Schwab Adv Cash Reserve | | None | | | Bought | 2/02 | M | | |
| 122. Schwab Adv Cash Reserve | | None | | | Sold | 2/07 | M | | |
| 123. Cisco Systems | | None | J | T | Bought | 3/07 | J | | |
| 124. Quality Systems, Inc. | | None | K | T | Bought | 2/28 | K | | |
| 125. Genzyme Corp. | | None | K | T | Bought | 2/28 | J | | |
| 126. Occidental Pet. | A | Dividend | K | T | Bought | 9/19 | K | | |
| 127. Halliburton | | None | K | T | Bought | 9/19 | K | | |
| 128. QLT | | None | K | T | Bought | 9/27 | K | | |
| 129. iManage (iPrint) Interwoven | | None | | | Worthless | 12/31 | J | | |
| 130. World Savings | B | Interest | M | T | | | | | |
| 131. Property, San Diego Co., CA-Appraisal Date 8/18/03 | F | Rent | P1 | Q | | | | | |
| 132. Biogen Idec | | None | | | Sold | 7/22 | J | | |
| 133. Cablevision Systems | | None | | | Sold | 7/22 | J | B | |
| 134. Chiron Corp | | None | | | Sold | 7/22 | J | | None |
| 135. Cisco Systems | | None | | | Sold | 7/22 | J | A | |
| 136. Coca-Cola | A | Dividend | | | Sold | 7/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Coca-Cola | A | Dividend | | | Sold | 7/22 | J | A | |
| 138. Comcast Corp | | None | | | Sold | 7/22 | J | A | |
| 139. Cree Inc. | | None | | | Sold | 7/22 | J | A | |
| 140. Dell Inc. | | None | | | Sold | 7/22 | J | A | |
| 141. Walt Disney | A | Dividend | | | Sold | 7/20 | J | A | |
| 142. Forest Labs, Inc. | | None | | | Sold | 722 | J | | None |
| 143. Forest Labs, Inc. | | None | | | Sold | 7/22 | J | | None |
| 144. Genentech, Inc. | | None | | | Sold | 7/22 | J | B | |
| 145. General Electric | A | Dividend | | | Sold | 7/22 | J | A | |
| 146. Genzyme Corp. | | None | | | Sold | 7/21 | J | A | |
| 147. Gillette Co. | A | Dividend | | | Sold | 7/22 | J | A | |
| 148. Home Depot | A | Dividend | | | Sold | 7/22 | J | A | |
| 149. IAC Interact Corp. | | None | | | Sold | 7/22 | J | A | |
| 150. IAC Interact Corp | | None | | | Sold | 7/22 | J | A | |
| 151. Intel Corp. | A | Dividend | | | Sold | 7/22 | J | A | |
| 152. Johnson & Johnson | A | Dividend | | | Sold | 7/22 | J | A | |
| 153. L3 Communications | A | Dividend | | | Sold | 7/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. DL Trust Schwab MM | A | Interest | J | T | | | | | |
| 172. RSB IRA Smith Barney | D | Interest | L | T | | | | | |
| 173. IDEX Med. Growth (IRA) | A | Dividend | L | T | Sold Portion | 12/22 | J | A | |
| 174. IDEX Growth Port. (IRA) | A | Dividend | J | T | | | | | |
| 175. Smith Barney Muni MM | B | Interest | L | T | | | | | |
| 176. Weatherford Intl. | | None | | | Sold | 7/22 | J | A | |
| 177. American Intl. Group | A | Dividend | | | Sold | 7/22 | J | | None |
| 178. American Intl. Group | A | Dividend | | | Sold | 10/15 | J | A | |
| 179. Amgen | | None | | | Sold | 7/22 | J | B | |
| 180. Autodesk | A | Dividend | | | Sold | 7/22 | J | B | |
| 181. Biogen Idec | | None | | | Sold | 7/22 | J | | |
| 182. Power Shares High Yld. Eq. | A | Dividend | J | T | | 10/24 | J | | |
| 183. Calamos Growth Fd. | | None | K | T | | 9/07 | J | | |
| 184. USE Credit Union SDCA | A | Interest | J | T | | 10/05 | K | | |
| 185. USE MM SDCA | A | Interest | K | T | | 10/05 | K | | |
| 186. USE CD SDCA | A | Interest | L | T | | 10/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line No. 3.  Reference Part VII Line 3, 2004 Donated Portion.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████   Date  5-4-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544